JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**LORENA MORENO,**<br><br>Defendant. | Case No. CV 11-02022 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Lorena Moreno, individually and d/b/a El Compadre Restaurant, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Lorena Moreno, individually and d/b/a El Compadre Restaurant, shall pay the plaintiff, J & J Sports Productions, Inc., $8,000.00 in total damages.

///
///
///
///

1      IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by
2  United States mail or by telefax or by email, copies of this Order on counsel in this
3  matter.

Dated: October 9, 2014

_____
William Keller
United States District Judge